**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:       *Jack J. Grynberg and RSM Production Corporation v. Rodeo Resources, L.P. and Jim Ford*

Appellate case number:    01-19-00331-CV

Trial court case number:  2015-69097

Trial court:                        11th District Court of Harris County

This appeal is currently scheduled for submission on oral argument on February 16, 2021, via Zoom. On January 22, 2021, the parties filed a joint motion to continue oral argument. In this motion, the parties notified the Court that they have reached a settlement of their dispute, but this settlement agreement requires court approval to be final. The parties request that this Court continue argument until the settlement agreement receives court approval and the parties are able to move to dismiss this appeal.

We **grant** the parties' joint motion to continue oral argument. This appeal will be removed from the submission docket for February 16, 2021.

It is so ORDERED.

Judge's signature: /s/ April Farris

☐ Acting individually     ☒ Acting for the Court

Panel consists of Chief Justice Radack and Justices Goodman and Farris

Date: January 28, 2021